## UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

ADT LLC and The ADT Security Corporation

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** 3:26-cv-502 |
| | ) | |
| National Sales Partners, LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
National Sales Partners, LLC
c/o MLCL Statutory Agent, Inc.
1111 Superior Avenue East
Suite 2700
Cleveland, Ohio 44114

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Caroline Gieser - Counsel for Plaintiffs
Shook, Hardy & Bacon LLP
1230 Peachtree Street
Suite 1200
Atlanta, GA 30312

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date ___06/25/2026___

*Katherine Hord Simon, Clerk*
Katherine Hord Simon, Clerk
United States District Court

**Civil Action No.** 3:26-cv-502

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

      **This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑    **I personally served the summons on the defendant at**
    *(place)*_____
    **on** *(date)* _____; **or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
    _____, **a person of suitable age and discretion who**
    **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
    **known address; or**

❑    **I served the summons on** *(name of individual)* _____,
    **who is designated by law to accept service of process on behalf of** *(name of organization)*
    _____ **on** *(date)* _____; **or**

❑    **I returned the summons unexecuted because** _____; **or**

❑    **Other** *(specify)***:**
    _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                                **Server's signature**

                                    _____
                                          **Printed name and title**

                                    _____
                                           **Server's address**

**Additional information regarding attempted service, etc:**